# EXHIBIT "A"

Letter of January 7, 2022

# FAX COVER SHEET

## RODENBURG LAW FIRM

PO Box 2427, 300 NP Ave N #105
Fargo, North Dakota
Tel: 701-235-6411
Fax: 701-235-6678

| | | |
|---|---|---|
| For | : | Law Office Of Gonko & Vavreck |
| Fax Number | : | 612/659-9220 |
| From | : | Rodenburg Law Office |
| Fax Number | : | 701-235-6678 |
| Date | : | January 7, 2022 |
| Regarding | : | Joyce H Drechen |
| Our file No.: | : | 287601 |
| Number of pages | : | 2 |
| | | |
| Comments | : | PLEASE SEE THE FOLLOWING |

CONFIDENTIALITY NOTICE: The document(s) accompanying this facsimile transmission contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for return of the original documents to us.



# RODENBURG LAW FIRM

300 NP Ave N #105, PO Box 2427
Fargo, North Dakota 58108-2427
Tel. (701) 235-6411
Fax (701) 235-6678
Toll Free (800) 726-1821
www.rodenburgllp.com

CREDITORS' RIGHTS LAW,
COLLECTIONS, AND
RELATED MATTERS

COVERING MINNESOTA,
MONTANA, NORTH DAKOTA,
SOUTH DAKOTA AND WYOMING

January 7, 2022

Law Offices of Gonko & Vavreck PLLC
Mark K Vavreck

VIA FAX 612/659-9220

Re: Joyce H Drechen
Our File Number: 287601-108

Please advise if your office represents the above referenced individual. If so please send written confirmation to our office by January 12, 2022. If we do not hear from you we will assume there is no formal relationship in place and will contact this individual directly.

Sincerely,
RODENBURG LAW FIRM


April Gonzalez-Anderson
Attorney
AA1:LAW

This communication is from a debt collector.



