# EXHIBIT "B"

## Letter of January 22, 2022

Rodenburg Law Firm
PO Box 2427
Fargo, ND 58108
(701) 235-6411 from 8am to 5pm CST, Monday to Friday
www.rodenburgllp.com

To:  Joyce H Drechen
1219 N 57th Ave W
Duluth MN 55807

Reference:  287601-108

January 18, 2022

**Rodenburg Law Firm is a debt collector.** We are trying to collect a debt that you owe to LVNV Funding LLC.  We will use any information you give us to help collect the debt.

## Our information shows:

You had a Citi Diamond Preferred Card credit card from Citibank, N.A. with account number 5424180491015985.

| | |
|---|---|
| As of June 19, 2018, you owed: | $3,336.01 |
| Between June 19, 2018 and today: | |
| You were charged this amount in interest: | + $.00 |
| You were charged this amount in fees: | + $.00 |
| You paid or were credited this amount toward the debt: | - $64.91 |
| **Total amount of the debt now:** | $3,271.10 |

## How can you dispute the debt?

- **Call or write to us by February 28, 2022, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by February 28, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form.  You may also include supporting documents.  We accept disputes electronically at www.rodenburgllp.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor**. If you write by February 28, 2022, we must stop collection until we send you that information.  You may use the form below or write to us without the form.  We accept such requests electronically at www.rodenburgllp.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law**. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

---



**Mail this form to:**
Rodenburg Law Firm
PO Box 2427
Fargo, ND 58108



Joyce H Drechen
1219 N 57th Ave W
Duluth MN 55807

## How do you want to respond?

*Check all that apply:*
- ☐ I want to dispute the debt because I think:
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ I want you to send me the name and address of the original creditor.

- ☐ I enclosed this amount: | $ |

Make your check payable to *Rodenburg Law Firm.*
Include the reference number 287601-108 .

**PRIVACY NOTICE**

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies").  It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P. | LVNV Funding, LLC | Ashley Funding Services LLC |
| Resurgent Acquisitions LLC | PYOD LLC | SFG REO, LLC |
| Resurgent Receivables LLC | Pinnacle Credit Services, LLC | CACV of Colorado, LLC |
| Resurgent Funding LLC | Sherman Originator LLC | Anson Street LLC |
| CACH, LLC | Sherman Originator III LLC | Sherman Acquisition L.L.C. |

**Information We May Collect.**  The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history;  (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings.  All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.**  At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.