# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Joyce H. Drechen,

                    Plaintiff,

vs.

Rodenburg LLP d/b/a
Rodenburg Law Firm, and
LVNV Funding LLC,

                    Defendants.

Case No. 0:22-cv-00705 (JRT/LIB)

**DEFENDANT RODENBURG LLP'S NOTICE OF SUPPLEMENTAL AUTHORITY**

_____

Rodenburg LLP's Reply Memorandum (Doc. 28) filed May 16, 2022, asserts that the alleged distress over debt collection is insufficient to plausibly allege Article III standing. In *Nojovits v. Ceteris Portfolio Services, LLC*, No. 28-CV-2833, 2022 WL 2047179 (E.D.N.Y. June 7, 2022), the court held that the complaint's allegations of physical manifestations of emotional distress failed to plausibly allege concrete injury.

Dated: June 10, 2022

                    s/ Clifton Rodenburg
                    Clifton Rodenburg (MN Bar #0092551)
                    Amanda Lee (MN Bar #0396976)
                    RODENBURG LAW FIRM
                    Attorneys for Defendant Rodenburg LLP
                    300 NP Avenue, Suite 105
                    P.O. Box 2427
                    Fargo, ND 58108-2427
                    Telephone: 701.235.6411
                    Fax: 701.235.6678
                    Email:rodenburgc@aol.com
                    Email:aleewiebolt@jrllawoffice.com