UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Joyce H. Drechen,                                               Civil No. 22-705 (JWB/LIB)

      Plaintiff,

                                  PRETRIAL SCHEDULING ORDER

v.

Rodenburg, LLP d/b/a Rodenburg Law Firm,
LVNV Funding LLC,

      Defendants.

* * * * * * * * * * * * * * * * * * * *

In accordance with the provisions of Rule 16, Federal Rules of Civil Procedure, and the

Local Rules of this Court, to administer the course of this litigation in a manner which promotes

the interests of justice, economy and judicial efficiency, the following Pretrial Schedule will

govern these proceedings. **The Schedule may be modified only upon formal Motion and a**

**showing of good cause as required by Local Rules 7.1 and 16.3.**

      **Counsel shall also comply with the Electronic Case Filing Procedures For the District**

**of Minnesota, pursuant to Order Adopting Electronic Case Filing, dated May 13, 2004.**

      THEREFORE, It is –

      ORDERED:

I.

That all pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or

before **March 21, 2023**. The period during which the parties must conduct all discovery (whether

fact or expert) shall terminate on **December 15, 2023**.[1] Disputes with regard to pre-discovery

---

[1]    See Local Rule 16.2(d)(3) of the United States District Court For The District of Minnesota
Local Rules.

disclosures or discovery shall be called immediately to the Court's attention by the making of an appropriate Motion, and shall not be relied upon by any party as a justification for not adhering to this Pretrial Scheduling Order.  No further or additional discovery shall be permitted after the above date except upon motion and by leave of the Court for good cause shown, and any independent Stipulations or agreements between counsel which contravene the provisions of this Order will not be recognized.  However, upon agreement of counsel, or with leave of the Court, depositions in lieu of in-Court testimony may be taken after the close of discovery.

II.

That all Motions which seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before **May 31, 2023**.[2]

III.

That all other nondispositive Motions shall be filed and the Hearing thereon completed prior to **January 15, 2024**, by calling Jennifer Beck at 218-529-3520, Courtroom Deputy for Magistrate Judge Leo I. Brisbois.  All nondispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(a) and (b) of the Electronic Case Filing Procedures For The District of Minnesota.  No discovery Motion shall be heard unless the moving party complies with the requirements of Local Rule 37.1.

IV.

A Mandatory Settlement Conference pursuant to Local Rule 16.5(b) in the above-entitled matter will be set before Magistrate Judge Leo I. Brisbois, **for some time in April 2024, 10:00 a.m.** in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West

---

[2]     This deadline does not apply to motions to amend pleadings to assert a claim for punitive damages.  Motions which seek to assert claims for punitive damages must be filed and the Hearing thereon completed prior to the discovery deadline in Paragraph I.

First Street, Duluth, Minnesota.  A separate Notice of this Settlement Conference shall be issued

outlining the parties' obligations for preparation and for appearance of the Conference.

V.

That no more than **twenty-five (25)** Interrogatories (counted in accordance with

Rule 33(a), Federal Rules of Civil Procedure), **twenty-five (25)** Requests for Production (pursuant

to Rule 34), and **twenty-five (25)** Requests for Admissions (pursuant to Rule 36), shall be served

by any party on any other party.

VI.

That no more than **ten (10)** depositions (excluding expert depositions) shall be taken by

any side without prior Order of the Court.

VII.

That within the foregoing period allotted for discovery, but no later than the dates set forth

below, the parties shall retain and disclose to opposing counsel all persons they intend to call as

expert witnesses at trial.[3]  Each party's disclosure shall identify each expert and state the subject

matter on which the expert is expected to testify.  The disclosure shall be accompanied by a written

report prepared and signed by the expert witness.[4]  As required by Rule 26(a)(2)(B), Federal Rules

of Civil Procedure, the report shall contain:

    a.    The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;

    b.    The compensation to be paid for the study and testimony;

---

[3]    This includes any witnesses who were retained for purposes of conducting an examination pursuant to Rule 35.

[4]    If no written report is required by Rule 26(a)(2)(B), the disclosures shall still comply with Rule 26(a)(2)(C).

c.   A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

d.   A complete statement of all opinions to be expressed and the basis and reasons therefor;

e.   The data or other information considered by the witness in forming the opinions; and

f.   Any exhibits to be used as a summary of or support for the opinions.

The Plaintiff's disclosures shall be made on or before **October 10, 2023**. The Defendants' disclosures shall be made on or before **November 10, 2023**.

VIII.

The parties **do** contemplate taking expert discovery depositions. No more than **one (1)** deposition of each disclosed expert may be taken without prior Order of the Court.

IX.

That each party shall fully supplement all discovery responses according to Rule 26(e), Federal Rules of Civil Procedure. Any evidence responsive to a discovery request which has not been disclosed on or before the discovery cutoff or other dates established herein, except for good cause shown, shall be excluded from evidence at trial.

X.

All dispositive motions and supporting pleadings shall be scheduled, filed, and served, on or before **February 15, 2024**. All dispositive motions shall be scheduled, filed, and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1

1.  The moving party shall first contact Judge Blackwell's Courtroom Deputy, at Blackwell_chambers@mnd.uscourts.gov or 651-848-1160 to secure a hearing date <u>at least 42 days</u> in the future.

2.  The moving party shall serve and file the following documents **<u>on the 42nd day</u>** before the scheduled hearing: (a) motion; (b) notice of hearing on motion; (c) memorandum of law, (d) affidavits and exhibits, and (e) meet and confer statement. Counsel shall email chambers at blackwell_chambers@mnd.uscourts.gov a proposed order in word format.

3.  The responding party shall serve and file the following documents <u>at least 21 days</u> before the hearing:  (a) memorandum of law, and (b) affidavits and exhibits.

4.  The moving party shall serve and file the following documents <u>at least 14 days</u> before the hearing: (1) reply memorandum, or (b) a notice stating that no reply memorandum with be filed. A reply memorandum shall not raise new grounds for relief or present matters that do not relate to the response.

5.  When a motion, response, or reply brief is filed on ECF, two paper courtesy copies of the filing and all supporting documents shall be mailed or delivered to Judge Blackwell's Chambers, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101, at the same time as the documents are posted on ECF.

XI.

That this case shall be ready for Trial on **May 15, 2024** [5], or 30 days after the Court renders

its Order on any dispositive motion (whichever is later), at which time the case will be placed on

the Court's **JURY** trial calendar. [6]  That the anticipated length of Trial is **two (2) days.**

BY THE COURT:

DATED:  March 3, 2023                      s/Leo I. Brisbois
                                           Hon. Leo I. Brisbois
                                           U.S. MAGISTRATE JUDGE

---

[5]     **THIS DATE IS NOT A TRIAL SETTING DATE**.  The parties will be notified by the
Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case
will be placed on the Trial Calendar.  The above date is merely a notice to all parties to consider
the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED.**

[6]     **The parties are encouraged to discuss and seriously consider consenting to trial by
the Magistrate Judge.  See, 28 U.S.C. sec. 636(c).  Consent could simplify case management,
reduce time and expense to the parties, and allow for a date certain trial earlier because it
would not need to compete with dates on the Felony trial calendar of the District Judge.**